UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for :  Santander Consumer USA Inc.
Our File No.:  44259
JM-5630

Order Filed on October 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dennis Dixon
Veronica Dixon

Case No.:             17-15240

Hearing Date:         10-5-2017

Judge:                VFP

Chapter:              13

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 11, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of _____Santander Consumer USA Inc._____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic say of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏    Real property more fully described as:

☑    Personal property more fully described as:

   2010 Kia Forte
   Vehicle Identification Number
   KNAFU4A29A5125344

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*