| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> **Caption in compliance with D.N.J. LBR 9004-1(b)** <br><br> **HILL WALLACK LLP** <br> Elizabeth K. Holdren, Esq. <br> 21 Roszel Road <br> Princeton, NJ 08543 <br> Telephone: (609) 924-0808 <br> Email: eholdren@hillwallack.com <br> *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-8* | Order Filed on June 10, 2020 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> Dennis Dixon and Veronica Dixon, <br><br>         Debtor. | Case No. 17-15240-VFP <br><br> Chapter 7 |

## ORDER RESOLVING MOTION TO VACATE STAY

    The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: June 10, 2020**

                                                                                                                                                            **Honorable Vincent F. Papalia** <br>
                                                                                                                                                            **United States Bankruptcy Judge**

Page | 2
Debtor: Dennis Dixon and Veronica Dixon
Case No: 17-15240-VFP
Caption: Order Resolving Motion to Vacate Stay

___

| | |
|---|---|
| Applicant: | NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor") |
| Applicant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Walter D. Nealy, Esq. |
| Property Involved ("Collateral"): | 83 Sussex Street, Hackensack, NJ 07601 |

Relief sought:

- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The parties acknowledge that the Debtors have been offered a loan modification with respect to the arrears relative to the subject mortgage loan account.

2. Debtor must cure all post-petition arrearages, as follows:

   - Debtors shall take any and all necessary steps to consummate the Loan Modification Agreement with Secured Creditor.

   - The Loan Modification Agreement shall be presented to the Court for approval within Sixty (60) days from entry of this order.

   - Debtors shall resume and/or continue to remit monthly mortgage payments to Secured Creditor in accordance with the terms of the note, mortgage and loan modification.

Page | 3
Debtor: Dennis Dixon and Veronica Dixon
Case No: 17-15240-VFP
Caption: Order Resolving Motion to Vacate Stay

___

3. Payments to the Secured Creditor shall be made to the following address(es):

- ✓ Regular monthly payment:   NewRez LLC d/b/a Shellpoint Mortgage Servicing
  P.O. Box 10826
  Greenville, SC 29603-0826

4. In the event of Default:

If the Debtor fail to perform any duty required herein by the stated deadline and/or to make payment due to the Secured Creditor within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 7 Trustee, the Debtor, and the Debtor's attorney.